| Title | Date | Allocatur Docket Number | Disposition and Appeal Docket | Lower Court Docket or Citation |
|---|---|---|---|---|
| Com. v. Metzger [34] | 03/15/2016 | 457 WAL (2015) | Denied | Pa.Super., 125 A.3d 466 |
| Com. v. Muir [35] | 03/08/2016 | 912 MAL (2015) | Denied | Pa.Super., 134 A.3d 107 |
| Com. v. Newsome [36] | 03/08/2016 | 489 WAL (2015) | Denied | Pa.Super., 134 A.3d 105 |
| Com. v. Payton | 03/17/2016 | 544 EAL (2015) | Denied | Pa.Super., 122 A.3d 1134 |
| Com. v. Perez [37] | 03/17/2016 | 733 MAL (2015) | Denied | Pa.Super., 131 A.3d 106 |
| Com. v. Pugh [38] | 03/22/2016 | 458 WAL (2015) | Denied | Pa.Super., 134 A.3d 105 |
| Com. v. Roberts | 03/17/2016 | 803 MAL (2015) | Denied | Pa.Super., 133 A.3d 83 |
| Com. v. Roman | 03/22/2016 | 466 WAL (2015) | Denied | Pa.Super., 134 A.3d 480 |
| Com. v. Samuel [39] | 03/22/2016 | 472 WAL (2015) | Denied | Pa.Super., 102 A.3d 1001 |
| Com. v. Santiago [40] | 03/08/2016 | 796 MAL (2015) | Denied | Pa.Super., 133 A.3d 63 |
| Com. v. Smith [41] | 03/15/2016 | 596 EAL (2015) | Denied | Pa.Super., 133 A.3d 81 |

34. Justice EAKIN did not participate in the decision of this matter.

35. Justice EAKIN did not participate in the decision of this matter; Justice DONOHUE did not participate in the consideration or decision of this matter.

36. Justice EAKIN did not participate in the decision of this matter.

37. Justice DONOHUE did not participate in the consideration or decision of this matter.

38. Justice WECHT did not participate in the consideration or decision of this matter.

39. Justice DONOHUE did not participate in the consideration or decision of this matter.

40. Justice EAKIN did not participate in the consideration or decision of this matter.

41. Justice EAKIN did not participate in the consideration or decision of this matter.